IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

CHARLES A. HARPER,

    Petitioner,                             JUDGMENT IN A CIVIL CASE

  v.                                          Case No. 14-cv-371-wmc

L.C. WARD, Warden,
Federal Correctional Institution B Oxford,

    Respondent.

    This action came before the court for consideration with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of respondent granting his motion to dismiss and the petition filed by Charles A. Harper is DISMISSED with prejudice.

    /s/                                                                    March 30, 2015

Peter Oppeneer, Clerk of Court                            Date